PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Rafiq Holmes   Cr.: 21-00256-001
PACTS #: 6831903

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/27/2021

Original Offense:   Count 1: Conspiracy to Distribute Heroin, in violation of 21 U.S.C. 846, a Class C Felony

Original Sentence: 36 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Alcohol/Drug Testing and Treatment, Gambling Restrictions, Mental Health Treatment, Consent to Search

Type of Supervision: Supervised Release   Date Supervision Commenced: 09/15/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 7, 2022, Mr. Holmes submitted a urinalysis sample which tested positive for marijuana. He admitted he smoked marijuana on or about November 20, 2022, and signed an admission form. |

U.S. Probation Officer Action:
Mr. Holmes was convicted of Conspiracy to Distribute Heroin and was sentenced to 36 months in custody followed by a three-year-term of supervised release. His supervision commenced on September 15, 2022. On November 18, 2022, Mr. Holmes completed an intake at Addictions and Mental Health Center in Jersey City, New Jersey to determine his need for services. Our office does not contract with this location and the clinical recommendation is unclear. A referral has been sent to Trinitas Hospital in Elizabeth, New Jersey and an assessment date is pending.

We are now writing to inform Your Honor of noncompliance. On December 7, 2022, Mr. Holmes tested positive for marijuana. He admitted he smoked marijuana on or about November 20, 2022, after having a disagreement with his daughter's mother over child support. He advised this was an isolated incident and he can discontinue use on his own.

Mr. Holmes is on dual supervision with Hudson County Parole. He is not prohibited from marijuana use with his state supervision. Mr. Holmes was reminded that marijuana remains illegal on the federal level. We are kindly requesting no formal action at this time. The probation office will continue to closely monitor Mr. Holmes' compliance and we will report any additional instances of noncompliance.

Prob 12A – page 2
Rafiq Holmes

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

_____   December 15, 2022
CARRIE H. BORONA                                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

December 16, 2022
Date